UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:13-CV-00169-K |
| | § | |
| AT&T MOBILITY LLC and AT&T SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is AT&T's Motion to Compel Production of Documents (Doc. No. 689) ("the Motion"). The Court has reviewed the Motion, the briefing, the materials submitted by the parties, and the applicable law. To the extent AT&T seeks production of the facts or data considered by Plaintiff's damages expert witness, Philip Green, in forming his opinion, the Motion is hereby **GRANTED**. Plaintiff is hereby **ORDERED** to produce any documents or information that Philip Green received, reviewed, and/or considered while preparing his opinions in this case. Fed. R. Civ. P. 26(a)(2)(B)(ii). Any requested relief not specifically granted herein is **DENIED**.

**SO ORDERED**

Signed August 21st, 2014

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1